IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ROSE RANSOM § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | No. SA-13-CA-488 |
| § | |
| CONN APPLIANCES, INC. § | |
| § | |
| Defendant § | |
| § | |

## ORDER OF DISMISSAL

The above-styled and numbered cause is scheduled for trial in this Court on March 24, 2014. On March 7, 2014, the parties filed a joint motion to dismiss the complaint, notifying the Court that the parties no longer desired to prosecute the suit and the claims in the matter (Docket No. 12). The Court, having considered the motion, finds that the following orders should be entered.

IT IS ORDERED that the joint motion to dismiss (Docket No. 12) be, and it is hereby, GRANTED.

IT IS FURTHER ORDERED that this cause be, and it is hereby, DISMISSED with prejudice, with each party to bear its own costs.

SIGNED AND ENTERED this 10th day of March, 2014.

HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE